IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 20 |
| | § | JUDGE Davis / Love |
| JOHN ALFRED KLECZKA | § | |

## INDICTMENT

The United States Grand Jury Charges:

### COUNT 1

Violation: 21 U.S.C. § 841(a)(1)
(Possession with intent to distribute methamphetamine).

On or about December 5, 2005, in Gregg County, Texas, in the Eastern District of Texas, JOHN ALFRED KLECZKA, Defendant herein, knowingly and intentionally possessed with intent to distribute approximately 1,040 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL,

2/7/06
Date

FOREPERSON OF THE GRAND JURY

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

Gregg A. Marchessault
Assistant U.S. Attorney
110 North College St., Suite 700
Tyler, Texas 75702
(903) 590-1400
Bar Card No. 12969400

## NOTICE OF PENALTY

## COUNT 1

Violation:             21 U.S.C. § 841(a)(1)(Possession with intent to distribute methamphetamine).

Penalty:               If 50 grams or more of methamphetamine, or if 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine - not less than imprisonment for 10 years or more than life, a fine not to exceed $4 million, or both - supervised release of at least 5 years.

Special Assessment:    $100.00